

RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE __6/7/11__

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**MONROE DIVISION**

| | |
|---|---|
| **DAVID HICKS**<br>      **LA. DOC #122979** | **CIVIL ACTION NO. 3:11-cv-0157** |
| **VERSUS** | **SECTION P** |
| **OWNER, LOUISIANA CORRECTIONAL SERVICE, ET AL.** | **JUDGE ROBERT G. JAMES**<br><br>**MAG. JUDGE KAREN L. HAYES** |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's civil rights Complaint be **DISMISSED WITH PREJUDICE** for failing to state a claim for which relief may be granted in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B).

**MONROE, LOUISIANA,** this ___6___ day of ___June___, 2011.

          **ROBERT G. JAMES**
          **UNITED STATES DISTRICT JUDGE**